```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CATHERINE JIRAK MONETTI,

                        Plaintiff,
                                                MEMORANDUM & ORDER
            -against-                           18-CV-0629(JS)(ST)

INDEPENDENT GROUP HOME LIVING PROGRAM,
INC., JUSTICE CENTER FOR THE PROTECTION
OF PEOPLE WITH SPECIAL NEEDS, et al.

                        Defendants.
----------------------------------------X
PATRICIA JIRAK and EDWARD F. JIRAK,

                        Plaintiffs,

            -against-                           18-CV-1466(JS)(AKT)

INDEPENDENT GROUP HOME LIVING PROGRAM,
INC., JUSTICE CENTER FOR THE PROTECTION
OF PEOPLE WITH SPECIAL NEEDS, et al.

                        Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:      Harriet A. Gilliam
                     Law Office of Harriet A. Gilliam
                     21 West Second Street, P.O. Box 1485
                     Riverhead, New York 11901

For Defendants
Independent Group    Stephen Joseph Donahue, Esq.
Home Living:         Hardin, Kundla, McKeon & Poletto
                     110 William Street
                     New York, New York 10038

Justice Center:      Ralph Pernick, Esq.
                     New York State Attorney General
                     200 Old County Road, Suite 240
                     Mineola, New York 11501
```

SEYBERT, District Judge:

On June 22, 2020 these matters were reassigned to the undersigned. Plaintiffs' counsel, Harriet A. Gilliam, has been disbarred by New York State. See Matter of Gilliam, 121 N.Y.S.3d 348 (2d Dep't, App. Div., Mar. 25, 2020), 2020 N.Y. Slip Op. 02030. Accordingly, these matters are STAYED. Within seven (7) days of the date of this Order, Ms. Gilliam is ordered to advise **all** Plaintiffs that she has been disbarred by New York State, advise them regarding the pendency of any disciplinary procedures, and file proof of such notice on ECF. Plaintiffs are directed to communicate with this Court, via letter, on or before August 31, 2020, and state how Plaintiffs will proceed in these matters. Plaintiffs are advised that failure to communicate with this Court may result in dismissal for failure to prosecute. If Plaintiffs require more time to respond, they shall still file a letter indicating so by August 31, 2020. At that time, the Court will determine whether to extend the stay.

Ms. Gilliam is directed to serve a copy of this Order on all Plaintiffs and provide proof of service on ECF by July 10, 2020.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   June  29 , 2020
         Central Islip, New York